

237 So.2d 396

**Douglas M. JONES**

**v.**

**SOUTHERN TUPELO LUMBER COMPANY et al.**

No. 50563.

June 8, 1970.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Now, therefore, the said Court of Appeal is hereby commanded, in the name of the State of Louisiana and of this Honorable Court, to send up forthwith to this Court, at the City of New Orleans, the record in duplicate of the case above entitled.

237 So.2d 396

**Douglas M. JONES**

**v.**

**SOUTHERN TUPELO LUMBER COMPANY, Inc. et al.**

No. 50586.

June 8, 1970.

237 So.2d 396

**Gertrude BOUTERIE et al.**

**v.**

**T. W. KLEINPETER et al.**

No. 50695.

June 29, 1970.